**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Eastern Air Flow, L.L.C.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4631577** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1066 E. New Circle Road, Suite 1**<br>**Lexington, KY 40505-4139**<br>Number, Street, City, State & ZIP Code | **5721 KY Route 404**<br>**David, KY 41616-8301**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Fayette**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **www.easternairflow.com**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Eastern Air Flow, L.L.C.**                                                          Case number *(if known)* _____
                Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

| Debtor | **Eastern Air Flow, L.L.C.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Eastern Air Flow, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 20, 2018**
                MM / DD / YYYY

*X* **/s/ Justin Todd Trout**                     **Justin Todd Trout**
Signature of authorized representative of debtor    Printed name

Title     **President**

---

**18. Signature of attorney**

*X* **/s/ Matthew B. Bunch**                     Date  **September 20, 2018**
Signature of attorney for debtor                       MM / DD / YYYY

**Matthew B. Bunch**
Printed name

**Bunch & Brock, PSC**
Firm name

**271 W. Short Street**
**805 Security Trust Building**
**Lexington, KY 40507-1217**
Number, Street, City, State & ZIP Code

Contact phone   **(859) 254-5522**        Email address

**84931 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Eastern Air Flow, L.L.C.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF KENTUCKY

Case number (if known)     _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 20, 2018**          X **/s/ Justin Todd Trout**
                                                   Signature of individual signing on behalf of debtor

                                                 **Justin Todd Trout**
                                                   Printed name

                                                 **President**
                                                   Position or relationship to debtor

Official Form 202                          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name      **Eastern Air Flow, L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................   $ ___38,324.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................   $ ___38,324.00_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ ___46,000.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $ ___155,000.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ ___1,269,323.04_

4. **Total liabilities** ............................................................................................
   Lines 2 + 3a + 3b                                                                                                       $ ___1,470,323.04_

**Fill in this information to identify the case:**

Debtor name **Eastern Air Flow, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **239,983.06** | - | **232,899.06** | =.... | **$7,084.00** |

12.      **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$7,084.00** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Eastern Air Flow, L.L.C.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture/Equipment in the Lexington store lease:** **Computer and misc. items and desk/chair (value under $100), relocated to owner's residence in David, KY.** **5 scrap HVAC units (removed from old homes) was taken to the junk yard (value worthless).** **Various scrap ductwork, taken to the junk yard (value worthless).** **Phone system left behind (value under $10).** **Shelve left behind (value under $10).** **Various pictures (thrown away, value worthless).** **Sign are still at the leased premises.** | $0.00 | N/A | $100.00 |
| **Equipment/furniture in Prestonsburg store lease: (the landlord required all furniture/equipment to be removed from the leased premises around August 20, 2018. It is currently stored in owner's residence in David, KY.** **2 computers and misc. items and 2 desks/2 chairs (value under $100)** **One filing cabinet $10** **Old couch $10** **Small bar (purchased from Big Lots) $10** **Old phones (purchased from Walmart) $10** **Signs (twp 12'x24' billboards and 4'8' were disposed)** | $0.00 | N/A | $140.00 |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Eastern Air Flow, L.L.C.**                                    Case number *(If known)* _____
          <sub>Name</sub>

43.    **Total of Part 7.**                                                                    **$240.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2014 Ford F150, ~135,000 miles worth $12-14,000 - secured to BB&T, owe $18,000**<br>**2013 Ford Transit Van, ~200,000 miles worth $5,000 - secured to M&T Bank, owe $10,000**<br>**2014 Dodge Ram ProMaster, ~150,000 worth $12,000 - secured to US Bank, owe $18,000** | **$0.00** | N/A | **$31,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                    **$31,000.00**
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Eastern Air Flow, L.L.C.**                                        Case number *(If known)* _____
          <u>Name</u>

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■  No.  Go to Part 11.
☐  Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No.  Go to Part 12.
☐  Yes Fill in the information below.

| Debtor | **Eastern Air Flow, L.L.C.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,084.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $240.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $31,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $38,324.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $38,324.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| | First Name_____Middle Name_____Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name_____Middle Name_____Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Line from *Schedule A/B*: | _____ | ☐ _____  ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Eastern Air Flow, L.L.C.** |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **BB&T Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**lien on 2014 Ford F150 by security interest dated 11/30/2015 in Floyd County Clerk's Office** | $18,000.00 | $14,000.00 |
| | **PO Box 1290**<br>**Whiteville, NC 28472**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **M&T Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Lien on 2013 Ford Transit filed on 11/3/2015 in Floyd County Clerk's Office** | $10,000.00 | $5,000.00 |
| | **PO Box 17292**<br>**Baltimore, MD 21203**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Eastern Air Flow, L.L.C.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **US Bank NA** | Describe debtor's property that is subject to a lien | $18,000.00 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**lien on 2014 Dodge Ram ProMaster, lien filed
on 2/3/2015 in Floyd County Clerk's Office**

**PO Box 3427
Oshkosh, WI 54903**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

- ☑ No
- ☐ Yes. Specify each creditor,
  including this creditor and its
  priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $46,000.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|
| **Justin Todd Trout
5721 KY RT 404
David, KY 41616** | Line    **2.3** | |

| **Fill in this information to identify the case:** |
|---|

Debtor name **Eastern Air Flow, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** | **$125,000.00** |
|  | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**2016 to 2018 - employee withholdings** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** | **$30,000.00** |
|  | **Kentucky Revenue Cabinet**<br>**Attn:  Legal Dept - Bankruptcy**<br>**PO Box 5222**<br>**Frankfort, KY 40602-5222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**2016 to 2018 - employee withholdings** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

   Amount of claim

| Debtor | **Eastern Air Flow, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

Appalachian Wireless
Attn: any Officer
PO Box 630734
Cincinnati, OH 45263-0734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __wireless service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,847.00**

Carrier Enterprise, LLC
P.O. Box 32156
New York, NY 10087-2156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number  __4817__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,487.00**

Cintas
P.O. Box 630910
Cincinnati, OH 45263-0910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number  __5275__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Clayton E. Holland, Jr.
106 Scott Perry Drive
Paintsville, KY 41240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __terminated lease dated November 2, 2015 of premises located at 3757 S. Highway US23, Prestonsburg, KY 41653__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,000.00**

Corken Steel
c/o Robert Richardson
7920 Kentucky Drive
Florence, KY 41042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __debt owed NSF checks__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,001.00**

EKB-TV
P.O. Box 2200
Pikeville, KY 41502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Advertising fees__

Last 4 digits of account number  __0245__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$876,000.00**

Ferguson Enterprises
fdba Brock McVey
c/o True Guarnieri Ayer LLP
124 Clinton Street
Frankfort, KY 40601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __collection action filed in September 2018 alleging fraudulent transfers to Eastern Air Flow of Kentucky, LLC, recently incorporated and owned by Taylor M. Trout, however, no assets were transferred to or used by it.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eastern Air Flow, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,885.00 |
|---|---|---|---|

**FESCO**
**868 Dr. W.J. Hodge Street**
**Louisville, KY 40210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **labor supplies**

Last 4 digits of account number  **1817**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Fire Alarm & Security System Co**
**c/o Bornstein& Bornstein PSC**
**4018 Bishop Lane**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **collection**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,857.59 |
|---|---|---|---|

**First Commonwealth Bank**
**3112 N. Arnold Avenue**
**Prestonsburg, KY 41653-1260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unpaid balance owed and guaranteed by debtor,**
**secured on debtor's owner's real estate of warehouse, located in**
**Prestonsburg, KY, valued at approx. $50,000**

Last 4 digits of account number  **1967**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Floyd Cty Broadcasting - WMDJ FM-100**
**P.O. Box 1530**
**Martin, KY 41649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advertising fees**

Last 4 digits of account number  **5480**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,964.45 |
|---|---|---|---|

**FTL Capital Partners, LLC**
**aka FTL Finance**
**c/o Lathrop Gage - Ben C. Struby**
**2345 Grand Blvd., Suite 2200**
**Kansas City, MO 64108-2618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **unpaid contract**

Last 4 digits of account number  **5147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Gilson Plaza, LLC**
**418 Adair Road**
**Lexington, KY 40502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **lease of premises located at 1066 E. New Circle Road,**
**Suite 1, Lexington, KY, dated November 1, 2016. Lease is a 3 year**
**lease through Oct 31, 2019. Rent was paid through end of August**
**2018 @ $1,000 per month.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,739.00 |
|---|---|---|---|

**GPS Insight**
**7201 E. Henkel Way #400**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **collections**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Eastern Air Flow, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**Gray Television Group, Inc.**
**1801 Halstead Blvd**
**Tallahassee, FL 32309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising fees - WKYT; WYMT**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,620.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Hajoca Corporation**
**c/o David O'Brien, Attorney @ Dal, Inc.**
**PO Box 162**
**Clifton Heights, PA 19018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **debt owed**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,620.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**Hazard Fire & Safety**
**3962 KY 15**
**KY 41707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**Hughes Supply**
**990 Pedigo Way**
**Bowling Green, KY 42103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **collection**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,900.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**Jackson Systems, LLC**
**5418 Elmwood Ave.**
**Indianapolis, IN 46203-6025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **collection**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,900.00**

---

**3.20** | Nonpriority creditor's name and mailing address

**Kentucky Employer's Mutual Insurance Co**
**c/o John E. Hinkel, Jr., Esq.**
**Fowler Bell PLLC**
**300 W. Vine Street, #600**
**Lexington, KY 40507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **collection of a debt in Fayette Circuit Court Case #16-CI-3315**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.21** | Nonpriority creditor's name and mailing address

**Kentucky Labor Cabinet**
**Dept. of Workers' Claims**
**657 Chamberlin Ave.**
**Frankfort, KY 40601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **citation and civil penalty, abated, balance less than demand letter dated January 31, 2018 of $14,000**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Eastern Air Flow, L.L.C.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**KochAir**<br>**1900 W. Lloyd Expressway**<br>**Evansville, IN 47712** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$330.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0115** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Martin Gas, Inc.**<br>**P.O. Box 783**<br>**Hindman, KY 41822** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,583.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0076** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Modern Construction, Inc.**<br>**P.O. Box 187**<br>**Stanville, KY 41659** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,806.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**National Pen Company**<br>**P.O. Box 847203**<br>**Dallas, TX 75284-7203** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$417.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Nationwide**<br>**328 High Land Park Dr.**<br>**Richmond, KY 40475** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**R.E. Michel Company**<br>**One R.E. Michel Drive**<br>**Glen Burnie, MD 21060** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$95,800.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  **collection** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**R.L. Craig Company, Inc.**<br>**11524 Commonwealth Drive**<br>**Louisville, KY 40299** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38,524.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  **collection** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Eastern Air Flow, L.L.C.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Sinclair Broadcast Group - WDKY**
P.O. Box 206270
Dallas, TX 75320-6270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  1533

Basis for the claim:  Advertising

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Square Capital**
1455 Market Street, #600
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  fees owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,135.00**

**State Electric Supply**
PO Box 890889
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  debt owed

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,503.00**

**The UPS Store**
4145 N. Mayo Trail
Pikeville, KY 41501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,100.00**

**Thermal Equipment Sales, Inc.**
680 Bizzell Drive
Lexington, KY 40510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  AS08

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**Trane Supply**
115 49th Street
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  collection

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Valassis Direct Mail**
14550 Torrey Chase Blvd. #500
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eastern Air Flow, L.L.C.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,385.00**

**Verizon Wireless**
**524 W. New Circle Road, Ste. 100**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0001**

Basis for the claim:  **collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,562.00**

**W. Va. Electric Supply Co.**
**250 12th Street West**
**Huntington, WV 25704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00**

**WDOC, Inc.**
**P.O. Box 345**
**Prestonsburg, KY 41653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,532.00**

**Wells Fargo Bank, NA**
**c/o Millsap & Singer LLC**
**612 Spirit Drive**
**Chesterfield, MO 63005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **collection of a debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$935.00**

**Whayne Supply Company**
**10001 Linn Station Road**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4509**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00**

**WQHY-FM**
**P.O. Box 345**
**Prestonsburg, KY 41653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3055**

Basis for the claim:  **Advertising fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam S. Hall, Esq.**<br>**Vanover Hall & Bartley PSC**<br>**126 Trivette Drive, #302**<br>**Pikeville, KY 41501** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Eastern Air Flow, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Brock McVey**<br>**PO Box 55487**<br>**Lexington, KY 40555** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Ernest V. Thomas III**<br>**Thomas & Thomas Attorneys at Law**<br>**2323 Park Ave.**<br>**Cincinnati, OH 45206** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Gray Television Group**<br>**dba WKYT and WYMT**<br>**4370 Peachtree Road NE**<br>**Atlanta, GA 30319** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **I C System Collections**<br>**PO Box 64437**<br>**St. Paul, MN 55164-0437** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Phil Allen, Attorney**<br>**Richard James & Assoc.**<br>**4317 NE Thurton Way, #270**<br>**Vancouver, WA 98662** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Rich Fatalo, Attorney**<br>**400 W. cummings Park, Ste 4450**<br>**Woburn, MA 01801** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Thomas & Thomas Attorneys at Law**<br>**2323 Park Ave.**<br>**Cincinnati, OH 45206** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Wells Fargo Bank**<br>**800 Walnut, 6th Floor**<br>**Des Moines, IA 50309** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 155,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,269,323.04 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,424,323.04 |

**Fill in this information to identify the case:**

Debtor name    **Eastern Air Flow, L.L.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **lease agreement dated November 1, 2016 for 3 year term. Lease payment last paid in August 2018 for $1,000 per month.** | |
| | State the term remaining | **14 months** | **Gilson Plaza, LLC c/o Rick Queen 418 Adair Road Lexington, KY 40502** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor retained attorney to collection approx. $64,000 from LMR Custom Home Construction LLC in Madison Circuit Court under a flat rate fee of $5,000, already paid. Discovery is pending.** | |
| | State the term remaining | | **Jaryd Crum, Attorney Blair Phillip PO Box 339 Paintsville, KY 41240** |
| | List the contract number of any government contract | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 1 of 1

| Fill in this information to identify the case: |
| --- |

Debtor name      **Eastern Air Flow, L.L.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
                                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Justin Todd Trout** | **5721 KY RT 404 David, KY 41616** | **Clayton E. Holland, Jr.** | ☐ D _____ <br> ■ E/F ___3.4___ <br> ☐ G _____ |
| 2.2 **Justin Todd Trout** | **5721 KY RT 404 David, KY 41616** | **Kentucky Labor Cabinet** | ☐ D _____ <br> ■ E/F ___3.21___ <br> ☐ G _____ |
| 2.3 **Justin Todd Trout** | **5721 KY RT 404 David, KY 41616** | **First Commonwealth Bank** | ☐ D _____ <br> ■ E/F ___3.10___ <br> ☐ G _____ |
| 2.4 **Justin Todd Trout** | **5721 KY RT 404 David, KY 41616** | **Corken Steel** | ☐ D _____ <br> ■ E/F ___3.5___ <br> ☐ G _____ |
| 2.5 **Justin Todd Trout** | **5721 KY RT 404 David, KY 41616** | **M&T Bank** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Eastern Air Flow, L.L.C.** | | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Justin Todd Trout**<br>**5721 KY RT 404**<br>**David, KY 41616** | **BB&T Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Justin Todd Trout**<br>**5721 KY RT 404**<br>**David, KY 41616** | **R.E. Michel Company** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.8 | **Justin Todd Trout**<br>**5721 KY RT 404**<br>**David, KY 41616** | **Ferguson Enterprises** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.9 | **Justin Todd Trout**<br>**5721 KY RT 404**<br>**David, KY 41616** | **Gilson Plaza, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

**Fill in this information to identify the case:**

Debtor name    **Eastern Air Flow, L.L.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**
From  **1/01/2018** to **Filing Date** | ■ Operating a business
☐ Other | **$402,145.19** |
| **For prior year:**
From  **1/01/2017** to **12/31/2017** | ■ Operating a business
☐ Other | **$1,744,855.00** |
| **For year before that:**
From  **1/01/2016** to **12/31/2016** | ■ Operating a business
☐ Other | **$2,361,820.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Eastern Air Flow, L.L.C.**                                        Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cintas Corp v. Debtor 18-CI-407** | collection | **Boyd Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Citizens Bank of Kentucky v. Debtor, et.al. 17-CI-333** | collection | **Floyd Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Ferguson Enterprises, fdba Brock McVey, v. Debtor, et.al. 18-CI-3083** | collection | **Fayette Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Gray Television Group v. Debtor 18-C-146** | collection | **Floyd District Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Premier Capital Funding, LLC v. Debtor, et.al. 484776** | collection | **Richmond County Supreme Court Staten Island, NY** | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Eastern Air Flow, L.L.C.**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6.  **R.E. Michel Company, v. Debtor, et.al.**<br>**17-CI-546** | collection | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.  **GPS Insights v. Debtor** | collection | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8.  **Wells Fargo v. Debtor**<br>**18-CI-570** | collection | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9.  **Best Choice v. Debtor**<br>**17-CI-3839** | collection | **Fayette Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10 .  **Kentucky Employer's Mutual Insurance Company v. Debtor**<br>**16-CI-3315** | collection | **Fayette Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11 .  **Fire Alarm & Security System Co. v. debtor**<br>**18-CI-376** | collection | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12 .  **Greg Jarvis v. Debtor**<br>**18-C-32** | collection case dismissed in April 2018 | **Floyd District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor      **Eastern Air Flow, L.L.C.**                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Tools were stolen from the Debtor, such as a torch purchased in 2016, stolen in 2017. A $10,000 insurance claim was asserted about 2 years ago (end of 2016 or beginning of 2017) from an employee who did not lock the business van. After a series of thefts, the debtor required its employees to use their own tools. The police caught the thief (former employee) but was not able to recover any tools or compensation. A trailer was stolen about 9 months ago. There was no title on the trailer. $1k value** | **Insurance company issued a check for approx. $10,000 in 2016.** | | **$10,000.00** |
| **In November 2017, the owner of the business, Justin Trout, was driving his personal vehicle and trailer and was involved in a vehicle accident. The trailer was totaled and the insurance company took possession of the trailer and paid his personal claim of $7,000. Justin Trout purchased the trailer back from the insurance company. This is disclosed because he put company stickers on the trailer, but he owned it personally.** | | | **$0.00** |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bunch & Brock, PSC**<br>**271 W. Short Street**<br>**805 Security Trust Building**<br>**Lexington, KY 40507-1217** | **Attorney Fees** | **$3,500 on 9/7/2018** | **$3,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor   **Eastern Air Flow, L.L.C.**                                    Case number *(if known)*

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Best Choice Supply Company, Inc. 333 Midland Place Lexington, KY 40505** | **debtor paid $10,000 in February 2018 for a release of all claims arising out of a collection lawsuit in the Fayette Circuit Court, Case #17-CI-3839** | **February 28, 2018** | **$10,000.00** |
| | Relationship to debtor none | | | |

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
     Is the debtor primarily engaged in offering services and facilities for:
     - diagnosing or treating injury, deformity, or disease, or
     - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Eastern Air Flow, L.L.C.** | Case number *(if known)* |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Community Trust Bank PO Box 2947 Pikeville, KY 41502-2947** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed two checking accounts in February 2018. The bank closed the accounts as they were negative.** | $0.00 |
| 18.2. | **Citizens Bank Paintsville, KY 41240** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Company closed the checking account with $0.00 in August 2018.** | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Justin Todd Trout 5721 KY RT 404 David, KY 41616** | **Debtor's owner is in possession of the company's assets** | | ☐ No<br>■ Yes |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Debtor    **Eastern Air Flow, L.L.C.**                                    Case number *(if known)* _____

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | **Justin Todd Trout
5721 KY RT 404
David, KY 41616** | **from inception to August 31, 2018, when the debtor closed its business. All financial information is stored in Quickbooks Online, a cloud based system.** |

Debtor    **Eastern Air Flow, L.L.C.**                                            Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **Darrell Madden, CPA**<br>**Bailey Street, #1**<br>**Hindman, KY 41822** | **from inception to**<br>**August 31, 2018,**<br>**when the debtor**<br>**closed its business** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.    **Brock McVey** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Justin Todd Trout** | **5721 KY RT 404**<br>**David, KY 41616** | **Owner and sole member,**<br>**president** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☐ Yes. Identify below.

Debtor    **Eastern Air Flow, L.L.C.**                                     Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Various employees** | **Employees received their regular wages through August 31, 2018. All wages have been paid to employees for 2018 at $402,145.19 and in 2017 at $442,095.55.** | **2017 and 2018** | **regular wages to employees** |
| | Relationship to debtor **employees** | | | |
| 30.2. | **Justin Todd Trout 5721 KY RT 404 David, KY 41616** | **$2,000 in 2017 $2,000 in 2018** | | **draws for services rendered** |
| | Relationship to debtor **owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 20, 2018**
                 _____

**/s/ Justin Todd Trout**                              **Justin Todd Trout**
_____              _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Eastern Air Flow, L.L.C.** _____    Case No. _____
                                    Debtor(s)              Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,500.00** |
| Prior to the filing of this statement I have received | $ | **3,500.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary actions, evidentiary hearings, litigation or discovery matters or requests, appeals, audits, tax matters, divorce matters, relief matters, conversions, sale of assets**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 20, 2018** _____    **/s/ Matthew B. Bunch**
_Date_                                             **Matthew B. Bunch**
                                                   _Signature of Attorney_
                                                   **Bunch & Brock, PSC**
                                                   **271 W. Short Street**
                                                   **805 Security Trust Building**
                                                   **Lexington, KY 40507-1217**
                                                   **(859) 254-5522**
                                                   _Name of law firm_

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Eastern Air Flow, L.L.C.**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __6__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **September 20, 2018**

**/s/ Justin Todd Trout**

**Justin Todd Trout**/**President**
Signer/Title

I, _____**Matthew B. Bunch**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __6__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **September 20, 2018**

**/s/ Matthew B. Bunch**

Signature of Attorney
**Matthew B. Bunch**
**Bunch & Brock, PSC**
**271 W. Short Street**
**805 Security Trust Building**
**Lexington, KY 40507-1217**
**(859) 254-5522**

Adam S. Hall, Esq.
Vanover Hall & Bartley PSC
126 Trivette Drive, #302
Pikeville KY 41501


Appalachian Wireless
Attn:  any Officer
PO Box 630734
Cincinnati OH 45263-0734


BB&T Bank
PO Box 1290
Whiteville NC 28472


Brock McVey
PO Box 55487
Lexington KY 40555


Carrier Enterprise, LLC
P.O. Box 32156
New York NY 10087-2156


Cintas
P.O. Box 630910
Cincinnati OH 45263-0910


Clayton E. Holland, Jr.
106 Scott Perry Drive
Paintsville KY 41240


Corken Steel
c/o Robert Richardson
7920 Kentucky Drive
Florence KY 41042


EKB-TV
P.O. Box 2200
Pikeville KY 41502


Ernest V. Thomas III
Thomas & Thomas Attorneys at Law
2323 Park Ave.
Cincinnati OH 45206

Ferguson Enterprises
fdba Brock McVey
c/o True Guarnieri Ayer LLP
124 Clinton Street
Frankfort KY 40601


FESCO
868 Dr. W.J. Hodge Street
Louisville KY 40210


Fire Alarm & Security System Co
c/o Bornstein& Bornstein PSC
4018 Bishop Lane
Louisville KY 40218


First Commonwealth Bank
3112 N. Arnold Avenue
Prestonsburg KY 41653-1260


Floyd Cty Broadcasting - WMDJ FM-100
P.O. Box 1530
Martin KY 41649


FTL Capital Partners, LLC
aka FTL Finance
c/o Lathrop Gage - Ben C. Struby
2345 Grand Blvd., Suite 2200
Kansas City MO 64108-2618


Gilson Plaza, LLC
418 Adair Road
Lexington KY 40502


Gilson Plaza, LLC
c/o Rick Queen
418 Adair Road
Lexington KY 40502


GPS Insight
7201 E. Henkel Way #400
Scottsdale AZ 85255


Gray Television Group
dba WKYT and WYMT
4370 Peachtree Road NE
Atlanta GA 30319

Gray Television Group, Inc.
1801 Halstead Blvd
Tallahassee FL 32309


Hajoca Corporation
c/o David O'Brien, Attorney @ Dal, Inc.
PO Box 162
Clifton Heights PA 19018


Hazard Fire & Safety
3962 KY 15
KY 41707


Hughes Supply
990 Pedigo Way
Bowling Green KY 42103


I C System Collections
PO Box 64437
St. Paul MN 55164-0437


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Jackson Systems, LLC
5418 Elmwood Ave.
Indianapolis IN 46203-6025


Jaryd Crum, Attorney
Blair Phillip
PO Box 339
Paintsville KY 41240


Justin Todd Trout
5721 KY RT 404
David KY 41616


Kentucky Employer's Mutual Insurance Co
c/o John E. Hinkel, Jr., Esq.
Fowler Bell PLLC
300 W. Vine Street, #600
Lexington KY 40507

Kentucky Labor Cabinet
Dept. of Workers' Claims
657 Chamberlin Ave.
Frankfort KY 40601


Kentucky Revenue Cabinet
Attn:  Legal Dept - Bankruptcy
PO Box 5222
Frankfort KY 40602-5222


KochAir
1900 W. Lloyd Expressway
Evansville IN 47712


M&T Bank
PO Box 17292
Baltimore MD 21203


Martin Gas, Inc.
P.O. Box 783
Hindman KY 41822


Modern Construction, Inc.
P.O. Box 187
Stanville KY 41659


National Pen Company
P.O. Box 847203
Dallas TX 75284-7203


Nationwide
328 High Land Park Dr.
Richmond KY 40475


Phil Allen, Attorney
Richard James & Assoc.
4317 NE Thurton Way, #270
Vancouver WA 98662


R.E. Michel Company
One R.E. Michel Drive
Glen Burnie MD 21060

R.L. Craig Company, Inc.
11524 Commonwealth Drive
Louisville KY 40299


Rich Fatalo, Attorney
400 W. cummings Park, Ste 4450
Woburn MA 01801


Sinclair Broadcast Group - WDKY
P.O. Box 206270
Dallas TX 75320-6270


Square Capital
1455 Market Street, #600
San Francisco CA 94103


State Electric Supply
PO Box 890889
Charlotte NC 28289


The UPS Store
4145 N. Mayo Trail
Pikeville KY 41501


Thermal Equipment Sales, Inc.
680 Bizzell Drive
Lexington KY 40510


Thomas & Thomas Attorneys at Law
2323 Park Ave.
Cincinnati OH 45206


Trane Supply
115 49th Street
Brooklyn NY 11232


US Bank NA
PO Box 3427
Oshkosh WI 54903


Valassis Direct Mail
14550 Torrey Chase Blvd. #500
Houston TX 77040

Verizon Wireless
524 W. New Circle Road, Ste. 100
Lexington KY 40511


W. Va. Electric Supply Co.
250 12th Street West
Huntington WV 25704


WDOC, Inc.
P.O. Box 345
Prestonsburg KY 41653


Wells Fargo Bank
800 Walnut, 6th Floor
Des Moines IA 50309


Wells Fargo Bank, NA
c/o Millsap & Singer LLC
612 Spirit Drive
Chesterfield MO 63005


Whayne Supply Company
10001 Linn Station Road
Louisville KY 40232


WQHY-FM
P.O. Box 345
Prestonsburg KY 41653

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Eastern Air Flow, L.L.C.** _____    Case No. _____

                                           Debtor(s)           Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Eastern Air Flow, L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Justin Todd Trout
5721 KY RT 404
David, KY 41616**

☐ None [*Check if applicable*]

**September 20, 2018** _____      **/s/ Matthew B. Bunch** _____

Date                                            **Matthew B. Bunch**

Signature of Attorney or Litigant

Counsel for    **Eastern Air Flow, L.L.C.**

**Bunch & Brock, PSC
271 W. Short Street
805 Security Trust Building
Lexington, KY 40507-1217
(859) 254-5522**