# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:                                                                                    CHAPTER 7

**EASTERN AIR FLOW, LLC**                                              CASE NO. 18-51740

**DEBTOR**

---

## AMENDMENT TO SCHEDULE F OF THE PETITION

---

Comes the Debtor, **EASTERN AIR FLOW, LLC**, by and through the court-appointed designated representative, and Counsel for the Debtor, and after being duly sworn, hereby amend its Bankruptcy Petition to add additional unsecured, non-priority creditors to Schedule F that were inadvertently omitted from the original petition, under oath and subject to penalties of perjury, as follows:

1. | **Name and Address of Creditor** | **Amount** | **Description** |
|---|---|---|
| Advanced Disposal, LLC<br>c/o Michael Kwaithowski<br>Caine & Weiner<br>5805 Sepulveda Blvd.<br>Sherman Oaks, CA 91411 | $240 | Product delivered or services rendered or credit extended |
| Citizens Bank of Kentucky,<br>Successor in Interest to Citizens National Bank<br>c/o Jill Hall Rose, Esq.<br>Rose Law Offices<br>154 N. Ashland Ave.<br>Lexington, KY 40502 | $7,862 | Product delivered or services rendered or credit extended |
| First Global Capital<br>c/o Allen Reed<br>1250 East Hallandale Beach Blvd., Suite 406<br>Hallandale Beach, FL 33009 | $59,601<br>as of 7/13/17 | Product delivered or services rendered or credit extended |

1

| | | |
|---|---|---|
| LMR Custom Home Construction, LLC<br>c/o Carl D. Edwards, Jr., Esq.<br>300 E. Main Street, Suite 360<br>Lexington, KY 40507 | $63,707 | (claim disputed)<br>Counter-claim asserted in Madison<br>Circuit Court Case #17-CI-329 |
| Premier Capital Funding, LLC<br>c/o Bankruptcy Department<br>9265 4th Ave.<br>Brooklyn, NY 11209 | $92,143 | Product delivered or<br>services rendered or<br>credit extended |
| Sunbelt Rentals<br>c/o Tucker Albin & Associates, Inc.<br>1702 N. Collins Blvd., Suite 100<br>Richardson, TX 75080 | $7,000 | Product delivered or<br>services rendered or<br>credit extended |
| Waste Connections of KY, Inc.<br>PO Box 808<br>Lily, KY 40740-0808 | $276 | Product delivered or<br>services rendered or<br>credit extended |

I, **JUSTIN TROUT,** being the court-appointed designated representative of the Debtor, **EASTERN AIR FLOW, LLC**, hereby verifies under oath and subject to penalty of perjury, that the information stated above is true and correct to the best of my information, knowledge and belief.

**EASTERN AIR FLOW, LLC**

**Dated: October 16, 2018**          BY:   /s/ Justin Trout                              .
                                         **JUSTIN TROUT, President**

## CERTIFICATE OF SERVICE

This is to certify that on this the 16th day of October 2018, a copy of the foregoing was served electronically in the method established under CM/ECF Administrative Procedures Manual to all attorneys of record, including the Chapter 7 Trustee and the U.S. Trustee and by email to the Debtor, and that all creditors listed above, by U.S. Mail, first class postage prepaid, along with a copy of the Notice of Commencement of the Chapter 7 Case with the full EIN [Doc. #2].

**BUNCH & BROCK, PSC**

**BY:**   /s/ Matthew B. Bunch                          .
        **MATTHEW B. BUNCH, ESQ.**
        271 W. Short Street, Suite 805
        Lexington, KY 40507
        (859) 254-5522
**COUNSEL FOR DEBTOR**

Advanced Disposal, LLC
c/o Michael Kwaithowski
Caine & Weiner
5805 Sepulveda Blvd.
Sherman Oaks, CA 91411


Citizens Bank of Kentucky,
Successor in Interest to Citizens National Bank
c/o Jill Hall Rose, Esq.
Rose Law Offices
154 N. Ashland Ave.
Lexington, KY 40502


First Global Capital
c/o Allen Reed
1250 East Hallandale Beach Blvd., Suite 406
Hallandale Beach, FL 33009


LMR Custom Home Construction, LLC
c/o Carl D. Edwards, Jr., Esq.
300 E. Main Street, Suite 360
Lexington, KY 40507


Premier Capital Funding, LLC
c/o Bankruptcy Department
9265 4th Ave.
Brooklyn, NY 11209


Sunbelt Rentals
c/o Tucker Albin & Associates, Inc.
1702 N. Collins Blvd., Suite 100
Richardson, TX 75080


Waste Connections of KY, Inc.
PO Box 808
Lily, KY 40740-0808