DEC 0 3 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

EASTERN AIR FLOW, L.L.C.                                CASE NO. 18-51740

DEBTOR(S)

### ORDER APPROVING APPEARANCE BY COUNSEL FOR THIS PARTICULAR CASE

This matter having come before the Court on the motion [ECF No. 17] of Benjamin Nicholas Hutnick, who is not admitted to practice in this Court but is an attorney in good standing in the US District Court for the District of Kansas, to appear and participate in the above-captioned case pro hac vice, and the Court being otherwise properly and sufficiently advised, it is ORDERED:

Counsel may appear and participate in this particular case upon payment of the prescribed fee, accompanied by a copy of this Order, to the Clerk of the U.S. District Court, Eastern District of Kentucky, 101 Barr Street, Lexington, KY 40507, pursuant to Rule 83.2 of the Joint Local Rules for the United States District Courts for the Eastern and Western Districts of Kentucky. Payment of the prescribed fee shall be made within 14 days of the date of this Order. Failure to comply with this Order may result in motion [ECF No. 17] being denied, and any related filing by Benjamin Nicholas Hutnick may be stricken from the record.

---

The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.



Signed By:
*Gregory R. Schaaf*
Bankruptcy Judge
Dated: Wednesday, November 21, 2018
(tnw)

```
Court Name: U S DISTRICT COURT EDKY
Division: 5
Receipt Number: 5026636
Cashier ID: jmclemor
Transaction Date: 12/03/2018
Payer Name: Berman and Rabin, PA
----------------------------------
PRO HOC VICE
 For: BENJAMIN N. HUTNICK
 Case/Party: D-KYE-5-07-FP-000001-001
 Amount:         $125.00
----------------------------------
CHECK
 Check/Money Order Num: 567027
 Amt Tendered:  $125.00
----------------------------------
Total Due:      $125.00
Total Tendered: $125.00
Change Amt:     $0.00
```