**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 18-51740-grs |
| | ) | |
| **EASTERN AIR FLOW, L.L.C.,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Gregory R. Schaaf |

**M&T BANK'S MOTION FOR RELIEF FROM STAY
OR ALTERNATIVELY, FOR ADEQUATE PROTECTION**

COMES NOW M&T Bank ("M&T"), a creditor, and for its Motion for Relief From Stay against Debtor Eastern Air Flow, L.L.C. ("Debtor") states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On September 21, 2018, Debtor filed a Petition for Relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Kentucky.

3. Debtor is the record owner of a 2013 Ford Transit (the "Vehicle"), with a Vehicle Identification Number NM0LS7AN2DT164765, by virtue of a Certificate of Title issued on or about October 30, 2015. A true and accurate copy of the Vehicle's Title Lien Statement is attached hereto as Exhibit A.

4. M&T has a first priority lien on the Vehicle by virtue of a Retail Installment Contract and Financing Agreement ("Agreement") executed between the Debtor and M&T on or about October 30, 2015. A copy of the Retail Installment Contract and Financing Agreement is attached hereto as Exhibit B.

5. The Vehicle is currently in Debtor's possession. Debtor has not indicated its intentions Regarding the Vehicle.

6. As of November 14, 2018, Debtor's account with M&T was past due, with a total payoff

Amount including accrued interest charges of $9,523.51.

    7. Debtor is in default under the Agreement for failure to make the required payments.

    8. Debtor is in default under the Agreement because debtor filed for Chapter 7 Bankruptcy.

    9. The estimated value of the Vehicle is $6,152.00 pursuant to the NADA Value Guide.

    10. M&T wishes to exercise its right to repossess and resell the Vehicle, based upon its first priority lien and secured interest in the Vehicle, and the absence of any other valid liens or interests in the Vehicle.

    11. The Vehicle does not serve any purpose in Bankruptcy.

    12. M&T's interests are not adequately protected, insofar as the Vehicle cannot be sold for as much as Debtor's total account payoff amount.

    13. If M&T is not permitted to proceed with repossession and resale of the Vehicle, M&T will suffer irreparable injury, loss, and damage, including because the Vehicle continues to depreciate until repossessed and resold.

    14. Accordingly, M&T is entitled to relief from the automatic stay under 11 U.S.C. § 362 because the debtor has no equity in the Vehicle and it is not necessary for effective continuation of the bankruptcy proceedings.

    15. The automatic stay imposed by 11 U.S.C. § 362(a) should be terminated and annulled as to the Vehicle and any proceeds thereof, including without limitation, any insurance payable by reason of loss or damage to the Property, effective immediately upon the entry of the order, to allow M&T to exercise all of its rights and remedies at law or in equity, under the Agreement, and all other applicable documents, including without limitation, realization of all other rights available under the Agreement documents with respect to the secured collateral.

    16. In addition, M&T requests the Court to order that the stay provided for under Rule

4001(a)(3) of the Federal Rules of Bankruptcy Procedure be waived, as continued depreciation of the Vehicle will further limit M&T's recovery of its secured interest.

17. Alternatively, if the stay is not vacated to permit M&T to resell the Vehicle as aforesaid, then M&T requests the Court to order Debtor to provide immediate adequate protection to M&T to protect the Vehicle.

### NOTICE OF M&T BANK'S MOTION FOR RELIEF FROM STAY AND RIGHT TO OBJECT WITH OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court for the Eastern District of Kentucky (Lexington Division) on or before December 27, 2018, said motion will be granted by entry of an order to be prepared and submitted by counsel for movant/applicant.

If a written objection is timely filed with the clerk of the Bankruptcy Court (PO Box 1111 Lexington, KY 40588-1111), a hearing will be scheduled on January 17, 2019, at 9:00 a.m., in the U.S. Bankruptcy Court, Community Trust Building, 100 East Vine Street, 2nd Floor Courtroom, Lexington, KY 40507.  A Hearing will not be held on this motion unless an objection and/or response is timely filed with the clerk.

WHEREFORE, M&T Bank prays for the relief set forth above.

Respectfully submitted,

  /s/Benjamin N. Hutnick
Benjamin N. Hutnick, *Pro Hac Vice*
15280 Metcalf Avenue
Overland Park, Kansas 66223
P: (913)649-1555
F: (913)652-9474
bhutnick@bermanrabin.com
Attorney for M&T Bank

## CERTIFICATE OF MAILING

I hereby certify that on December 13, 2018, the above and foregoing <u>Motion for Relief From Stay, or Alternatively, For Adequate Protection</u> was filed with the Court via CM/ECF, and that a true and correct copy was sent via U.S. First Class Mail to the following:

   SEE ATTACHED MAILING MATRIX

    /s/Benjamin N. Hutnick_____
Benjamin N. Hutnick, *Pro Hac Vice*
15280 Metcalf Avenue
Overland Park, Kansas 66223
P: (913)649-1555
F: (913)652-9474
bhutnick@bermanrabin.com
Attorney for M&T Bank

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0643-5<br>Case 18-51740-grs<br>Eastern District of Kentucky<br>Lexington<br>Tue Nov 20 15:32:39 EST 2018 | Eastern Air Flow, L.L.C.<br>5721 KY Route 404<br>David, KY 41616-8301 | Lexington Office<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588-1111 |
| ADAM S. HALL, ESQ.<br>VANOVER HALL & BARTLEY PSC<br>126 TRIVETTE DRIVE, #302<br>PIKEVILLE KY 41501-1275 | ADVANCED DISPOSAL LLC<br>C/O MICHAEL KWAITHOWSKI<br>CAINE & WEINER<br>5805 SEPULVEDA BLVD<br>SHERMAN OAKS CA 91411-2546 | APPALACHIAN WIRELESS<br>ATTN:  ANY OFFICER<br>PO BOX 630734<br>CINCINNATI OH 45263-0734 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BROCK MCVEY<br>PO BOX 55487<br>LEXINGTON KY 40555-5487 | CARRIER ENTERPRISE, LLC<br>P.O. BOX 32156<br>NEW YORK NY 10087-2156 |
| CINTAS<br>P.O. BOX 630910<br>CINCINNATI OH 45263-0910 | CITIZENS BANK OF KENTUCKY SUCCESSOR IN INTER<br>TO CITIZENS NATIONAL BANK<br>C/O JILL HALL ROSE ESQ<br>ROSE LAW OFFICES<br>154 N ASHLAND AVE<br>LEXINGTON KY 40502-1509 | CLAYTON E. HOLLAND, JR.<br>106 SCOTT PERRY DRIVE<br>PAINTSVILLE KY 41240-9000 |
| CORKEN STEEL<br>C/O ROBERT RICHARDSON<br>7920 KENTUCKY DRIVE<br>FLORENCE KY 41042-2915 | EKB-TV<br>P.O. BOX 2200<br>PIKEVILLE KY 41502-2200 | ERNEST V. THOMAS III<br>THOMAS & THOMAS ATTORNEYS AT LAW<br>2323 PARK AVE.<br>CINCINNATI OH 45206-2711 |
| FERGUSON ENTERPRISES<br>FDBA BROCK MCVEY<br>C/O TRUE GUARNIERI AYER LLP<br>124 CLINTON STREET<br>FRANKFORT KY 40601-1949 | FESCO<br>868 DR. W.J. HODGE STREET<br>LOUISVILLE KY 40210-1092 | FIRE ALARM & SECURITY SYSTEM CO<br>C/O BORNSTEIN& BORNSTEIN PSC<br>4018 BISHOP LANE<br>LOUISVILLE KY 40218-4539 |
| FIRST COMMONWEALTH BANK<br>3112 N. ARNOLD AVENUE<br>PRESTONSBURG KY 41653-1260 | FIRST GLOBAL CAPITAL<br>C/O ALLEN REED<br>1250 EAST HALLANDALE BEACH BLVD<br>SUITE 406<br>HALLANDALE BEACH FL 33009-4624 | FLOYD CTY BROADCASTING - WMDJ FM-100<br>P.O. BOX 1530<br>MARTIN KY 41649-1530 |
| FTL CAPITAL PARTNERS, LLC<br>AKA FTL FINANCE<br>C/O LATHROP GAGE - BEN C. STRUBY<br>2345 GRAND BLVD., SUITE 2200<br>KANSAS CITY MO 64108-2618 | GILSON PLAZA, LLC<br>418 ADAIR ROAD<br>LEXINGTON KY 40502-2425 | GILSON PLAZA, LLC<br>C/O RICK QUEEN<br>418 ADAIR ROAD<br>LEXINGTON KY 40502-2425 |
| GPS INSIGHT<br>7201 E. HENKEL WAY #400<br>SCOTTSDALE AZ 85255-9678 | GRAY TELEVISION GROUP<br>DBA WKYT AND WYMT<br>4370 PEACHTREE ROAD NE<br>ATLANTA GA 30319-3056 | GRAY TELEVISION GROUP, INC.<br>1801 HALSTEAD BLVD<br>TALLAHASSEE FL 32309-3431 |
| HAJOCA CORPORATION<br>C/O DAVID O'BRIEN, ATTORNEY @<br>PO BOX 162<br>CLIFTON HEIGHTS PA 19018-0162 | HUGHES SUPPLY<br>990 PEDIGO WAY<br>BOWLING GREEN KY 42103-7171 | I C SYSTEM COLLECTIONS<br>PO BOX 64437<br>ST. PAUL MN 55164-0437 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JACKSON SYSTEMS, LLC<br>5418 ELMWOOD AVE.<br>INDIANAPOLIS IN 46203-6025 | JARYD CRUM, ATTORNEY<br>BLAIR PHILLIP<br>PO BOX 339<br>PAINTSVILLE KY 41240-0339 |
| JUSTIN TODD TROUT<br>5721 KY RT 404<br>DAVID KY 41616-8301 | KENTUCKY EMPLOYER'S MUTUAL INSURANCE CO<br>C/O JOHN E. HINKEL, JR., ESQ.<br>FOWLER BELL PLLC<br>300 W. VINE STREET, #600<br>LEXINGTON KY 40507-1660 | KENTUCKY LABOR CABINET<br>DEPT. OF WORKERS' CLAIMS<br>657 CHAMBERLIN AVE.<br>FRANKFORT KY 40601-4220 |
| KENTUCKY REVENUE CABINET<br>ATTN:  LEGAL DEPT - BANKRUPTCY<br>PO BOX 5222<br>FRANKFORT KY 40602-5222 | KOCHAIR<br>1900 W. LLOYD EXPRESSWAY<br>EVANSVILLE IN 47712-7506 | LMR CUSTOM HOME CONSTRUCTION LLC<br>C/O CARL D EDWARDS JR ESQ<br>300 E MAIN STREET SUITE 360<br>LEXINGTON KY 40507-1564 |
| M&T BANK<br>P.O. BOX 1508<br>BUFFALO, NY 14240-1508 | M&T BANK<br>PO BOX 17292<br>BALTIMORE MD 21297-0200 | MARTIN GAS, INC.<br>P.O. BOX 783<br>HINDMAN KY 41822-0783 |
| MODERN CONSTRUCTION, INC.<br>P.O. BOX 187<br>STANVILLE KY 41659-0187 | NATIONAL PEN COMPANY<br>P.O. BOX 847203<br>DALLAS TX 75284-7203 | NATIONWIDE<br>328 HIGH LAND PARK DR.<br>RICHMOND KY 40475-3487 |
| PHIL ALLEN, ATTORNEY<br>RICHARD JAMES & ASSOC.<br>4317 NE THURTON WAY, #270<br>VANCOUVER WA 98662-6673 | PREMIER CAPITAL FUNDING LLC<br>C/O BANKRUPTCY DEPARTMENT<br>9265 4TH AVE<br>BROOKLYN NY 11209-7006 | R.E. MICHEL COMPANY<br>ONE R.E. MICHEL DRIVE<br>GLEN BURNIE MD 21060 |
| R.L. CRAIG COMPANY, INC.<br>11524 COMMONWEALTH DRIVE<br>LOUISVILLE KY 40299-2340 | RICH FATALO, ATTORNEY<br>400 W. CUMMINGS PARK, STE 4450<br>WOBURN MA 01801-6594 | SINCLAIR BROADCAST GROUP - WDKY<br>P.O. BOX 206270<br>DALLAS TX 75320-6270 |
| SQUARE CAPITAL<br>1455 MARKET STREET, #600<br>SAN FRANCISCO CA 94103-1332 | STATE ELECTRIC SUPPLY<br>PO BOX 890889<br>CHARLOTTE NC 28289-0889 | SUNBELT RENTALS<br>C/O TUCKER ALBIN & ASSOCIATES INC<br>1702 N COLLINS BLVD SUITE 100<br>RICHARDSON TX 75080-3662 |
| THE UPS STORE<br>4145 N. MAYO TRAIL<br>PIKEVILLE KY 41501-3211 | THERMAL EQUIPMENT SALES, INC.<br>680 BIZZELL DRIVE<br>LEXINGTON KY 40510-1003 | THOMAS & THOMAS ATTORNEYS AT LAW<br>2323 PARK AVE.<br>CINCINNATI OH 45206-2711 |
| TRANE SUPPLY<br>115 49TH STREET<br>BROOKLYN NY 11232-4229 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Trustee<br>100 E Vine St #500<br>Lexington, KY 40507-1441 |

| | | |
|---|---|---|
| VALASSIS DIRECT MAIL<br>14550 TORREY CHASE BLVD. #500<br>HOUSTON TX 77014-1018 | VERIZON WIRELESS<br>524 W. NEW CIRCLE ROAD, STE. 100<br>LEXINGTON KY 40511-1845 | W. VA. ELECTRIC SUPPLY CO.<br>250 12TH STREET WEST<br>HUNTINGTON WV 25704-1638 |
| WASTE CONNECTIONS OF KY INC<br>PO BOX 808<br>LILY KY 40740-0808 | WDOC, INC.<br>P.O. BOX 345<br>PRESTONSBURG KY 41653-0345 | WELLS FARGO BANK<br>800 WALNUT, 6TH FLOOR<br>DES MOINES IA 50309-3891 |
| WELLS FARGO BANK, NA<br>C/O MILLSAP & SINGER LLC<br>612 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1259 | WHAYNE SUPPLY COMPANY<br>10001 LINN STATION ROAD<br>LOUISVILLE KY 40223-3810 | WQHY-FM<br>P.O. BOX 345<br>PRESTONSBURG KY 41653-0345 |
| James D. Lyon<br>100 E. Vine #404<br>Lexington, KY 40507-1442 | Matthew B Bunch<br>Bunch & Brock, PSC<br>271 W. Short St., #805<br>Lexington, KY 40507-1217 | |

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>PO BOX 1847<br>WILSON, NC 27894 | (d)BB&T BANK<br>PO BOX 1290<br>WHITEVILLE NC 28472 | U.S. BANK NATIONAL ASSOCIATION<br>BANKRUPTCY DEPARTMENT<br>PO BOX 5229<br>CINCINNATI, OHIO 45201-5229 |
| (d)US BANK NA<br>PO BOX 3427<br>OSHKOSH WI 54903 | | |

    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association | (u)HAZARD FIRE & SAFETY<br>3962 KY 15<br>KY 41707 | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     2<br>Total                  72 |