**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY (LEXINGTON)**

| | |
|---|---|
| IN RE:<br><br>EASTERN AIR FLOW, L.L.C.<br><br><br><br><br><br>Debtor | CASE NO. 18-51740-grs<br><br>CHAPTER 7<br><br>JUDGE GREGORY R. SCHAAF |

**ORDER GRANTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY AND ABANDONMENT**
**2014 Dodge Promaster 1500, VIN: 3C6TRVBG5EE100952**

    This matter is before the Court upon U.S. Bank National Association's ("Movant") Motion for Relief from Stay and Abandonment ("Motion") submitted to this Court which demonstrates that Movant holds a security in the personal property known as **2014 Dodge Promaster 1500, VIN: 3C6TRVBG5EE100952** and that the obligation by the Debtor exceed the value of the property and the Debtor is unable to provide Movant with adequate protection, and therefore for good cause shown, this Court GRANTS the Motion for Relief and Abandonment. Movant is authorized to proceed with its State Law rights, including, but not limited to its right to proceed with a repossession and sale of the property known as **2014 Dodge Promaster 1500, VIN: 3C6TRVBG5EE100952**.

    **IT IS ORDERED.**

 

Respectfully submitted,

/s/ David C Nalley

David C Nalley (85637)
Reisenfeld & Associates LLC
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

Pursuant to Local Rule 9022-1, David C Nalley shall cause a copy of this order to be served on each of the parties electronically or by regular US mail, designated to receive this order pursuant to Local Rule 9022-1 and shall file with the court a certificate of service of the order upon such parties within seven (7) days hereof.

COPIES TO:

    Electronically via ECF Mail:

        Matthew B Bunch, Debtor`s Counsel
        matt@bunchlaw.com

        James D. Lyon, Bankruptcy Trustee
        jdlyonlaw@aol.com

        U.S. Trustee
        ustpregion08.lx.ecf@usdoj.gov

    Via Regular U.S. Mail:

        Eastern Air Flow, L.L.C., Debtor
        5721 KY Route 404
        David , KY 41616-8301

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, January 07, 2019**
    **(grs)**