IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-51740-grs |
| EASTERN AIR FLOW, L.L.C. | CHAPTER 7 |
| Debtor(s) | JUDGE GREGORY R. SCHAAF |

## CERTIFICATE OF SERVICE

I certify that on the date shown below, a copy of the Order (Doc #27) was served upon the following parties on January 8, 2019.

Eastern Air Flow, L.L.C., Debtor
5721 KY Route 404
David , KY 41616-8301

Matthew B Bunch, Debtor`s Counsel
matt@bunchlaw.com

James D. Lyon, Bankruptcy Trustee
jdlyonlaw@aol.com

U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

Respectfully submitted,

David C Nalley
Attorney for Movant
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com