**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **EASTERN AIR FLOW, LLC** | **CASE NO. 18-51740** |
| **DEBTOR** | |

## AMENDMENT TO SCHEDULE F OF THE PETITION

Comes the Debtor, **EASTERN AIR FLOW, LLC**, by and through the court-appointed designated representative, and after being duly sworn, hereby amends its Bankruptcy Petition to add an unsecured, non-priority creditor to Schedule F that was recently discovered as being omitted from the original petition, under oath and subject to penalties of perjury, as follows:

1. | **Name and Address of Creditor** | **Amount** | **Description** |
|---|---|---|
| Logan and Carla Calhoun<br>285 Ronnies Way<br>Emmalena, KY 41740 | $2,500 | Product delivered or services rendered or credit extended<br>By Contract dated 3/1/2018, resulting in Civil summons issued On 3/1/2019 in Knott District Court, Case #19-S-3<br>**Amount is disputed.** |

1

I, **JUSTIN TROUT,** being the court-appointed designated representative of the Debtor, **EASTERN AIR FLOW, LLC**, hereby verifies under oath and subject to penalty of perjury, that the information stated above is true and correct to the best of my information, knowledge and belief.

**EASTERN AIR FLOW, LLC**

Dated: March 13, 2019      BY:  /s/ Justin Trout                              .
　　　　　　　　　　　　　　　　　　JUSTIN TROUT, President

## CERTIFICATE OF SERVICE

This is to certify that on this the 14th day of March 2019, a copy of the foregoing was served electronically in the method established under CM/ECF Administrative Procedures Manual to all attorneys of record, including the Chapter 7 Trustee and the U.S. Trustee and by email to the Debtor, and that all creditors listed above, by U.S. Mail, first class postage prepaid, along with a copy of the Notice of Commencement of the Chapter 7 Case with the full EIN [Doc. #2].

**BUNCH & BROCK, PSC**


BY:    /s/ Matthew B. Bunch                         .
　　　　**MATTHEW B. BUNCH, ESQ.**
　　　　271 W. Short Street, Suite 805
　　　　Lexington, KY 40507
　　　　(859) 254-5522
**COUNSEL FOR DEBTOR**

Logan and Carla Calhoun
285 Ronnies Way
Emmalena, KY 41740